# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LABRONE CARLOS HARRIS,<br><br>                              Petitioner,<br><br>v.<br><br>SCOTT KERNAN, *Secretary of the California Department of Corrections and Rehabilitation*<br><br>                              Respondent. | Case No.: 18cv274-MMA (RBM)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**<br><br>[Doc. No. 12]<br><br>**DENYING FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS; AND**<br><br>[Doc. No. 4]<br><br>**DECLINING TO ISSUE CERTIFICATE OF APPEALABILITY** |

      Petitioner Labrone Carlos Harris, a state prisoner proceeding *pro se*, has filed a First Amended Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2254, challenging his convictions for corporal injury to a spouse with infliction of great bodily injury and assault by means likely to produce great bodily injury, with infliction of great bodily injury. Doc. No. 4; *see* Doc. No. 10-11 at 2. Respondent filed an answer to the Petition. Doc. No. 9. Petitioner did not file a traverse. *See* Docket. The matter was

referred to United States Magistrate Judge Ruth Bermudez Montenegro for preparation of a Report and Recommendation pursuant to Title 28, section 636(b)(1), and Civil Local Rule HC.2. Doc. No. 11. Judge Montenegro has issued a thorough and well-reasoned Report recommending that the Petition be denied. *See* Doc. No. 12.

Pursuant to Rule 72 of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1), the Court must "make a de novo determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge]." 28 U.S.C. § 636(b)(1); *see also United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989). Objections to the Report and Recommendation were due no later than December 28, 2018. Doc. No. 12 at 18. To date, no objections have been filed. *See* Docket.

Accordingly, the Court finds that Judge Montenegro has issued an accurate Report and well-reasoned recommendation that the Petition be denied. The Court **ADOPTS** the Report and Recommendation in its entirety. The Court **DENIES** the Petition with prejudice.

### CERTIFICATE OF APPEALABILITY

Rule 11 of the Federal Rules Governing Section 2254 Cases states that "the district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant." A certificate of appealability is not issued unless there is "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Under this standard, a petitioner must show that reasonable jurists could debate whether the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further. *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003), quoting *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). For the reasons set forth in the Report and Recommendation and incorporated by reference herein, the Court finds that this standard has not been met and therefore **DECLINES** to issue a certificate of appealability in this case.

//

The Clerk of Court is instructed to enter judgment accordingly and close the case.

**IT IS SO ORDERED**.

Dated: February 11, 2019

Hon. Michael M. Anello
United States District Judge