

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Labrone Carlos Harris,<br><br>         Petitioner,<br><br>v.<br><br>Scott Kernan, Secretary of the California Department of Corrections and Rehabilitation,<br><br>         Respondent. | Civil Action No. 18cv274-MMA(RBM)<br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

 The Court finds that Judge Montenegro has issued an accurate Report and well-reasoned recommendation that the Petition be denied. The Court adopts the Report and Recommendation in its entirety. The Court denies the Petition with prejudice.

Date: 2/11/19

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ R. Chapman
            R. Chapman, Deputy